■ In the Matter of FRANK RUSSELL, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correc-

tions and Community Supervision, Respondent. [982 NYS2d 807]— Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered June 20, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.